IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LAI YING TSANG, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTER MCGUIRE KIAKONA, LLP, *et al.*,<br><br>Defendants. | Civil No. 23-00333 MWJS-KJM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT PURSUANT TO HRS § 663-15.5 |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION
TO GRANT PLAINTIFFS' PETITION FOR DETERMINATION OF
<u>GOOD FAITH SETTLEMENT PURSUANT TO HRS § 663-15.5</u>**

Findings and Recommendation having been filed and served on all parties on July 1, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Grant Plaintiffs' Petition for Determination of Good Faith Settlement Pursuant to HRS § 663-15.5, *see* ECF No. 53, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   July 19, 2024, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge