IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAI YING TSANG; SCOTT JEFFERSON,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>　　　　　　　Defendants. | Case No. 1:23-CV-00333-MWJS-KJM<br><br>DECLARATION OF SCOTT JEFFERSON<br><br>[IN SUPPORT OF PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND RULE 16 SCHEDULING ORDER AND FOR DISCOVERY SANCTIONS] |

**DECLARATION OF SCOTT JEFFERSON**

I, Scott Jefferson, declare and state as follows:

1. I have personal knowledge of the facts contained in this declaration and if called as a witness, I could and would testify as to their accuracy.

2. Since retaining new attorneys, I learned that my attorneys let me and my wife down. They should have prepared us for our depositions and most of all, requested an interpreter for my wife.

3. My wife is a native Chinese speaker and when she is stressed and confronted, she will say, "No" for everything. Even though the obvious answer is "Yes." It is a quirk that I know about her as her husband,

which no one else does. Accordingly, her denials in deposition were not perjury, but rather the result of the stressful circumstances she was under.

4. Kaddy later told me that she was so focused on the screen and the questions she could not realize what I was doing in the room. So, when Mr. Wall asked about me being in the room and what I was doing, she did not know what you were talking about. All she could do was focus intently on the screen.

5. Since the start of this case, I told my lawyers that I bought the Pacific Islander as an investment and that I did plan to reside there also. My lawyers seemed to focus on the residence. I even asked them, "What does it matter?" But they never responded and explained to me the significance. Many times I asked my lawyers to explain things to me because I do not speak "legalese", but it fell on deaf ears.

6. If and when Kaddy and I do move to Hawaii, I would prefer to reside at the Pacific Islander than my Kuhio Apartment because it is slightly bigger and the building is for long-term tenants. So, there would be less transient neighbors and a more stable place to live.

7. About producing emails to my realtor and two property managers in Hawaii. When my lawyers asked me for such things, I did a search for "Jenny Pham", "Mark Howard", "Stott", etc. on my computer and converted the emails to PDF files and emailed them all to my lawyers. I did not screen them or pick and choose which emails to send to my lawyers. I sent them all.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 4th day of October 2024 in New York.

SCOTT JEFFERSON