IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAI YING TSANG; SCOTT JEFFERSON,<br><br>           Plaintiffs,<br><br>      vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>           Defendants. | Case No. 1:23-CV-00333-MWJS-KJM<br><br>DECLARATION OF MAX J. KIMURA<br><br>[IN SUPPORT OF PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO AMEND RULE 16 SCHEDULING ORDER AND FOR DISCOVERY SANCTIONS] |

**DECLARATION OF MAX J. KIMURA**

I, MAX J. KIMURA, declare and state as follows:

1. I am one of the attorneys for the Plaintiffs Lai Ying Tsang and Scott Jefferson in the present action. This declaration is made on personal knowledge, except where indicated otherwise.

2. Attached as Exhibit "1" is a true and correct excerpted copy of transcripts from Plaintiff Lai Ying Tsang's oral deposition taken on August 16, 2024.

Declarant states under penalty of law that the above is true and correct.

Executed this 4th day of October 2024 in Honolulu, Hawaii.

_____
MAX J. KIMURA