IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAI YING TSANG; SCOTT JEFFERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>Defendants. | Case No. 1:23-CV-00333-MWJS-KJM<br><br>DECLARATION OF LAI YING "KADDY" TSANG<br><br>[IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ATTORNEYS' FEES] |

**DECLARATION OF LAI YING "KADDY" TSANG**

I, LAI YING "KADDY" TSANG, declare and state as follows:

1. The following facts written in English and comprise my Declaration have been interpreted to me by Natalie Tse, Esq., a Cantonese-speaking lawyer, and they accurately state my personal knowledge of the facts and if called as a witness, I could and would testify as to their accuracy.

2. I was born, raised and educated in Hong Kong.

3. In 2004, at the age of 40, I started to work for a Hong Kong jewelry company and was sent to New York to work for months at a time.

4. In 2007, I met Scott Jefferson, who was a swimming instructor, in New York City and two years later, we got married.

5. When we got married, I was renting a small apartment in Brooklyn and Scott lived in his own studio apartment, less than 15 feet by 15 feet, in New York City. We would go back and forth between the two residences.

6. In 2015, Scott bought a tiny Waikiki studio apartment in Kuhio Village. It is approximately the same size as Scott's New York City apartment. We would stay there together on our many visits to Hawaii.

7. The Kuhio Village apartment is like a hotel room and the other people staying in the apartment are tourists, coming and going often. Scott and I were interested in getting someplace quieter and with more stable neighbors.

8. In 2019, Scott retired from his job as a swimming instructor and I knew he really wanted to move to Hawaii. He found a place in the Pacific Islander, Waikiki (the "Apartment"), which was slightly bigger than the Kuhio Village Apartment and was for long-term residents only.

9. Scott showed me pictures of the Apartment, and I thought it looked good.

10. In July 2019, Scott bought the Apartment in my name and paid for it by wiring money from my Chase Bank account to Hawaii.

11. Attached as Exhibit "1" is a true and correct copies of my Chase Bank Statements for June and July 2019.

12. Attached as Exhibit "2" is the Final Settlement Statement on the Purchase of the Apartment.

13. Attached as Exhibit "3" is a true and correct copy of the Deed to the Apartment.

14. The Deed states that I am "unmarried". I do not know why it says that.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 25th day of October 2024 in New York.

_____
LAI YING "KADDY" TSANG