IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAI YING TSANG; SCOTT JEFFERSON,<br><br>                Plaintiffs,<br><br>vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>                Defendants. | Case No. 1:23-CV-00333-MWJS-KJM<br><br>DECLARATION OF MAX J. KIMURA<br><br>[IN SUPPORT OF PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR ATTORNEYS' FEES] |

## DECLARATION OF MAX J. KIMURA

I, MAX J. KIMURA, declare and state as follows:

1. I am one of the attorneys for the Plaintiffs Lai Ying Tsang and Scott Jefferson in the present action.

2. All of the facts stated in Plaintiffs' Memorandum in Opposition are true and correct and within my personal knowledge, except for matters stated to be true on information and belief.

Declarant states under penalty of law that the above is true and correct.

Executed this 25th day of October 2024 in Honolulu, Hawaii.

_____
MAX J. KIMURA