IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAI YING TSANG; SCOTT JEFFERSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>    Defendants. | Case No. 1:23-CV-00333-MWJS-KJM<br><br>DECLARATION OF NATALIE K. TSE<br><br>[IN SUPPORT OF PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR ATTORNEYS' FEES] |

## DECLARATION OF NATALIE K. TSE

I, NATALIE K. TSE, declare and state as follows:

1. I am a licensed attorney in the State of Hawaii. I was born and raised in Hong Kong and am fluent in Cantonese as it is my native speaking language. This declaration is made on personal knowledge, except where indicated otherwise.

2. I interpreted Plaintiff Lai Ying "Kaddy" Tsang's Declaration into Cantonese, which is also her native speaking language. She understands, agrees, and confirms all the statements contained in her Declaration are true and accurate.

Declarant states under penalty of law that the above is true and correct.

[The remainder of this page is intentionally left blank.
Signature page(s) to follow.]

Executed this 25th day of October 2024 in Honolulu, Hawaii.

                ___/s/__Natalie K. Tse_____
                NATALIE K. TSE, Esq.