IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAI YING TSANG; SCOTT JEFFERSON,<br><br>                Plaintiffs,<br><br>vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>                Defendants. | Case No. 1:23-CV-00333-MWJS-KJM<br><br>DECLARATION OF SCOTT JEFFERSON<br><br>[IN SUPPORT OF PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR ATTORNEYS' FEES] |

**DECLARATION OF SCOTT JEFFERSON**

I, Scott Jefferson, declare and state as follows:

1. I have personal knowledge of the facts contained in this declaration and if called as a witness, I could and would testify as to their accuracy.

2. After my wife Kaddy and I purchased the Pacific Islander Apartment, I telephoned and/or emailed the property managers I used in Hawaii, my realtor, Jenny Pham, Pacific Properties and it property manager, Hawaiiana Management Co. to find out where to pay the maintenance fees. However, none of my calls and emails brought me to the right and responsible person.

  3. I pay all my bills on time and I have a high credit score of **827**. I am not a deadbeat.

  4. Covid hit and I put the matter on the back burner and the AOAO could easily find me or Kaddy. Kaddy's address is on the Final Settlement Statement and Deed.

  5. I do not know why Kaddy is listed as "unmarried" on the Deed. I did not say or do anything to make it appear as Kaddy is "unmarried".

  6. Kaddy and I only learned about the AOAO's attempt to collect the maintenance fees in February 2023, when we received an email or letter from the Court in Hawaii. It was not from Defendant Porter McGuire Kiakona, LLP.

  7. From there, I learned that Ramona Laree McGuire were sending collection letters and notices of liens to Kaddy, but were mailing them to Diamond Bar, California. Kaddy has never lived in Diamond Bar.

  8. Moreover, when it came time, in October 2022, to serve Kaddy the complaint for foreclosure, McGuire had Kaddy's correct address in New York, but still served it on an unknown person with an accent. *A true and correct copy of the Affidavit of Service is attached as **Exhibit 4**.* Of course, Kaddy and I never knew about the foreclosure action.

  9. It was finally, in February 2023, that I received a notification from the State of Hawaii District Court about the foreclosure action so I telephoned McGuire, the lawyer for the AOAO.

2

10. After finding out the amount owed, I immediately mailed a check to McGuire to pay the past maintenance fees and cable fees, but not McGuire's fee of **$7,264.90** which seemed high. I wanted to discuss McGuire's attorneys' fee.

11. A week later, I mailed McGuire another check, this time for her fees in the amount of **$4,500**, and wrote the words "**Accord & Satisfaction – Paid in Full**." My check was cashed.

12. Soon thereafter, I received another letter from McGuire demanding **$13,644.31** for her attorneys' fees, which was followed by another letter a month later, demanding **$23,402.52** for her attorneys' fees.

13. I was shocked and utterly repelled by McGuire's invoices that seem so detached from reality.

14. In my search for an attorney to deal with McGuire, I was somehow led to Richard L. Holcomb, Bruce F. Sherman, and Terrance M. Revere.

15. Holcomb and his colleagues said that I had a "juicy" case against McGuire, who had a reputation of being a "predatory" attorney and that I "would be doing the State of Hawaii a great service" by filing suit.

16. However, my experience with Holcomb would be worse than dealing with McGuire. From the start, I had to pay a considerable retainer, and allow Holcomb to make automatic monthly debit withdrawals from my bank account.

17. What really frightened me is that if I ever fired Holcomb or withdrew my case, I would be subject to his attorneys' fees. I was more afraid of Holcomb than McGuire.

18. I was completely and utterly dependent on Holcomb and his colleagues. I told them that I didn't understand "legalese" but they never explained things so that I understood. I did not make any decisions on which court to file suit or what claims were being made against McGuire.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 25th day of October 2024 in New York.

_____
SCOTT JEFFERSON