GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| CALVIN E. YOUNG | 3278-0 |
| cyoung@goodsill.com | |
| DAVID J. HOFTIEZER | 9976-0 |
| dhoftiezer@goodsill.com | |
| STEVEN T. WALL | 10910-0 |
| swall@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
PORTER MCGUIRE KIAKONA, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAI YING TSANG; SCOTT JEFFERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTER MCGUIRE KIAKONA, LLP; ASSOCIATION OF APARTMENT OWNERS OF THE PACIFIC ISLANDER,<br><br>Defendants. | CIVIL NO. 1:23-CV-00333-MWJS-KJM<br><br>**DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S SUPPLEMENTAL DECLARATIONS OF COUNSEL IN**<br><br>[*caption continued on next page*]<br><br>Hearing:   October 9, 2024<br>Time:      11:00 a.m.<br><br>Trial Date: January 14, 2025<br>Judge:     Hon. Micah W. J. Smith<br><br>Related ECF Nos.: 85, 98-101, 105 |

12446556.6

SUPPORT OF THE ATTORNEYS' FEES AND COSTS AWARDED BY UNITED STATES MAGISTRATE JUDGE KENNETH J. MANSFIELD'S ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S FIRST MOTION TO AMEND RULE 16 SCHEDULING ORDER AND FOR DISCOVERY SANCTIONS [ECF 105]; DECLARATION OF DAVID J. HOFTIEZER; EXHIBITS A-I; DECLARATION OF STEVEN T. WALL; EXHIBIT J; CERTIFICATE OF SERVICE

**DEFENDANT PORTER MCGUIRE KIAKONA, LLP'S
SUPPLEMENTAL DECLARATIONS OF COUNSEL
IN SUPPORT OF THE ATTORNEYS' FEES AND COSTS
AWARDED BY UNITED STATES MAGISTRATE JUDGE
KENNETH J. MANSFIELD'S ORDER GRANTING IN PART
AND DENYING IN PART DEFENDANT PORTER MCGUIRE
KIAKONA, LLP'S FIRST MOTION TO AMEND RULE 16
SCHEDULING ORDER AND FOR DISCOVERY SANCTIONS [ECF 105]**

Defendant PORTER MCGUIRE KIAKONA, LLP ("PMK" or "Defendant"), by and through its attorneys, Goodsill Anderson Quinn & Stifel, LLP, hereby submits its supplemental declarations of counsel detailing the attorneys' fees and costs awarded by United States Magistrate Judge Kenneth J. Mansfield's Order Granting In Part and Denying In Part Defendant Porter McGuire Kiakona, LLP's First Motion to Amend Rule 16 Scheduling Order and For Discovery Sanctions [ECF 105] (the "Order"). The Order specifically GRANTED PMK's request for monetary sanctions and awarded:

> (1) 50% of all reasonable attorneys' fees and costs associated with deposing [Plaintiff LAI YING TSANG ("Ms. Tsang")] on August 16, 2024; (2) 50% of all reasonable attorneys' fees and costs incurred related to filing, preparing for, and arguing [PMK's First Motion to Amend Rule 16 Scheduling Order and For Discovery Sanctions [ECF 85]]; and (3) all reasonable attorneys' fees and costs associated with re-deposing Ms. Tsang.

*See* Order, at 19-20.

Thus, in accordance with the mandates of the Order, PMK hereby submits the declarations of its attorneys, David J. Hoftiezer ("Hoftiezer") and Steven T. Wall

12446556.6                                1

("Wall") (collectively, "PMK's Attorneys"), along with Exhibits A-I, which collectively detail the attorneys' fees and costs as ordered in the Order.

As described and declared in each of PMK's Attorneys' respective declarations attached hereto, these supplemental declarations are based upon each attorney's personal knowledge and are issued to detail the attorneys' fees and costs outlined in the Order. The total amounts of attorneys' fees and costs that PMK's Attorneys billed with respect to each category in the Order are:

| Category | Total Attorneys' Fees | Total Costs | Total Attorneys' Fee's & Costs |
|---|---|---|---|
| (1) Deposing Ms. Tsang on August 16, 2024 | $6,734.00 | $2,070.16 | $8,804.16 |
| (2) Filing, preparing for, and arguing PMK's First Motion to Amend Rule 16 Scheduling Order and For Discovery Sanctions [ECF 85] | $15,034.00 | $333.40 | $15,367.40 |
| (3) Re-Deposing Ms. Tsang Pursuant to the Order | $5,900.00 | $3,554.50 | $9,454.50 |
| Subtotals | $27,668.00 | $5,958.06 | $33,626.06 |

*See* Decl. of David J Hoftiezer ("Hoftiezer Decl."), Exhibit E, attached thereto ("Exhibit E"); *See also* Hoftiezer Decl., ¶ 68; Declaration of Steven T. Wall ("Wall Decl.), Exhibit I, attached thereto.

PMK's Attorneys' Fees in connection with (1) Deposing Ms. Tsang on August 16, 2024, (2) Filing, preparing for, and arguing PMK's Motion, (3) Re-

12446556.6                                2

Deposing Ms. Tsang pursuant to Order, including GET taxes (4.712%) were calculated by taking the number of hours actually worked by each listed timekeeper and multiplying those hours by the individual's corresponding billing rate.

Pursuant to the Order, PMK's awarded sanctions are calculated as follows:

| Category | | Calculated Award Amount |
|---|---|---|
| (1) 50% of all reasonable attorneys' fees and costs associated with deposing Ms. Tsang on August 16, 2024 | | $4,402.08 |
| (2) 50% of all reasonable attorneys' fees and costs incurred related to filing, preparing for, and arguing PMK's First Motion to Amend Rule 16 Scheduling Order and For Discovery Sanctions [ECF 85] | | $7,683.70 |
| (3) All reasonable attorneys' fees and costs associated with re-deposing Ms. Tsang | | $9,454.50 |
| Subtotal | | $21,540.28 |
| *General Excise Tax* | 4.712% | $1,014.98 |
| Total | | $22,555.26 |

*See* Exhibit E, at 23-25. *See also* Hoftiezer Dec. at ¶ 74.

DATED: Honolulu, Hawaiʻi, November 29, 2024.

/s/ David J. Hoftiezer
CALVIN E. YOUNG
DAVID J. HOFTIEZER
STEVEN T. WALL

Attorneys for Defendant
PORTER MCGUIRE KIAKONA, LLP